UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
JOY COHEN
            (Plaintiff)    :

                           :         Civil 07-1518 (WHW)
        v.
                           :              ORDER
CHASE BANK USA, N.A., et al
            (Defendant)
                           :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court being informed by the plaintiff that the case is pending settlement;

It is on this 21st day of January 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.

S/ William H. Walls
_____
WILLIAM H. WALLS
United States District Judge