**FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOY COHEN | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 07-1518 (WHW) |
| | : | |
| CHASE BANK, N.A. and MANN BRACKEN, LLC, | : | |
| | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is on this 20th day of January, 2010:

ORDERED that Plaintiff Joy Cohen's Motion for Summary Judgment is DENIED in its entirety.

ORDERED that Defendant Chases's Motion for Summary Judgment is GRANTED in its entirety.

ORDERED that the January 2, 2007 National Arbitration Forum arbitration award of $45,956.28 to Chase is affirmed.

                                                            s/ William H. Walls
                                                         United States Senior District Judge